Kieth J. Miller, Esq.
Bradley A. Suiters, Esq.
ROBINSON MILLER LLC
Ironside Newark
110 Edison Place, Suite 302
Newark, New Jersey 07102
Tel: (973) 690-5400
kmiller@rwmlegal.com
bsuiters@rwmlegal.com

*Attorney for Defendants Eli Lilly and
Company and Lilly USA, LLC*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NOVO NORDISK, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> ELI LILLY AND COMPANY and LILLY USA, LLC, <br><br> *Defendants.* | Case No. 3:26-cv-09027 (ZNQ-RLS) <br><br> [~~PROPOSED~~] ORDER <br><br> *Filed Electronically* |

**THIS MATTER** having been brought before the Court by Defendants Eli Lilly and Company and Lilly USA, LLC (together, "Defendants"), by and through its attorneys Robinson Miller LLC, for any entry of an Order admitting Diana M. Watral and Christopher G. Michel (together " *Pro Hac Vice* Counsel") as counsel *pro hac vice* for the Defendants, pursuant to Local Civil Rule 101.1(c); and the Court having considered the supporting declarations of counsel; and defendant having consented to this application; and for good cause shown;

**IT IS** on this 11th day of August , 2026,

**ORDERED** that the application for the *pro hac vice* admission of *Pro Hac Vice* Counsel is granted; and

**IT IS FURTHER ORDERED** that *Pro Hac Vice* Counsel shall abide by all rules of this Court, including all disciplinary rules, and shall notify the Court immediately of any matter affecting *Pro Hac Vice* Counsel's standing at the bar of any court; and

**IT IS FURTHER ORDERED** that all pleadings, briefs and other papers filed with the Court shall be signed by an attorney-at-law of this Court associated with the law firm of Robinson Miller LLC, who shall be responsible for them and for the conduct of *Pro Hac Vice* Counsel; and

**IT IS FURTHER ORDERED** that *Pro Hac Vice* Counsel shall make payment to the New Jersey Lawyer's Fund for Client Protection, pursuant to N.J. Court Rule 1:28-2(a), for each year in which counsel represents Plaintiffs in this matter; and

**IT IS FURTHER ORDERED** that the Clerk of this Court shall forward a copy of this Order to the Treasurer of the New Jersey Lawyers' Fund for Client Protection; and

**IT IS FURTHER ORDERED** that *Pro Hac Vice* Counsel shall pay \$250.00 to the Clerk of the United States District Court for the District of New Jersey for admission *pro hac vice* in accordance with Local Civil Rule 101.1(c)(3).

**SO ORDERED.**

Hon. Rukhsanah L. Singh, U.S.M.J.

\* The Clerk of the Court shall terminate the informal motion pending at Docket Entry Number 25.

2