**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**OFFICE: TRENTON**
**JUDGE ZAHID QURAISHI**
**COURT REPORTER: Shannan O'Neill**

**DATE:** August 28, 2026

**TITLE OF CASE:**
NOVO NORDISK INC.
vs.
ELI LILLY AND COMPANY, et al.

**DOCKET # 26-cv-9027 (ZNQ)(RLS)**

**APPEARANCES:**
David H. Bernstein, Esq., Megan Bannigan, Esq., Vikas Khanna, Esq., Jared Kagan., Esq., Marissa Baron., Esq., Rachel Burns. Esq., and Timothy Cuffman, Esq. for Plaintiff
Gregg Locascio, Esq., T.J. McCarrick, Esq., Ashley Ross, Esq., Robin A. McCue, Esq., Diana M. Watral, Esq., and Keith Miller, Esq for Defendant

**NATURE OF PROCEEDINGS**: Preliminary Injunction Hearing
Preliminary hearing resumed re: [8] Motion for Preliminary Injunction filed by Plaintiff.
Dr. David Hyman sworn for Defendant.
Mark Stempel sworn for Defendant.
Janet Potts sworn for Defendant.
Fernando Campo sworn for Defendant.
BREAK: 10:51 a.m. – 11:07 a.m.
Dr. David Neal sworn for Defendant.
Dr. Ron Kivetz sworn for Defendant.
BREAK: 12:06 p.m. – 12:22 p.m.
David H. Bernstein, Esq closed for Plaintiff.
Gregg Locascio, Esq closed for Defendant.

Decision Reserved.

**Time Commenced:** 8:46 a.m.
**Time Adjourned:** 1:35 p.m.
**Total Time: 4 hrs. and 17 mins.**

s/Ivannya Fitzgerald
**DEPUTY CLERK**