Debevoise
& Plimpton

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

August 31, 2026

<u>BY ECF</u>

The Honorable Zahid N. Quraishi
United States District Judge
Clarkson S. Fisher Building & U.S. Courthouse
4022 East State Street Room 2020
Trenton, NJ 08608

***Re: Novo Nordisk Inc., v. Eli Lilly and Company, et al., No. 26-cv-09027***

Dear Judge Quraishi:

We represent Plaintiff Novo Nordisk Inc. ("Novo Nordisk") in the above-captioned matter. We write to correct two minor citation errors in the demonstrative slide deck provided to Your Honor during Novo Nordisk's closing argument at the August 28, 2026 hearing in this matter. The corresponding citations in Novo Nordisk's briefing are correct.

First, slide 2, which addresses the preliminary injunction standard, sets off the text in quotation marks, but the quotation marks should be removed. The citation on that slide is correct.

Second, slide 3 should attribute the quote to David H. Bernstein & Bruce P. Keller, The Law of Advertising, Marketing and Promotions, §§ 3.02[1], 3.03[2], rather than to *American Brands, Inc. v. R. J. Reynolds Tobacco Co.*, 413 F. Supp. 1352, 1358–60 (S.D.N.Y. 1976).

We apologize for these errors and request the Court's permission to send a corrected version of the slide deck directly to chambers, copying Lilly.

[signature page follows]

Respectfully submitted,

By: _*s/ Megan K. Bannigan*_

Megan K. Bannigan
David H. Bernstein*
Jared I. Kagan*
Marissa Baron*
Timothy Cuffman*
Rachel Burns*
**DEBEVOISE & PLIMPTON LLP**
66 Hudson Boulevard
New York, NY 10001
Tel: (212) 909-6000

*Of Counsel*:
Vikas Khanna
**SILLS CUMMIS & GROSS P.C.**
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
Tel: (973) 643-6993

*Admitted *pro hac vice*

*Attorneys for Plaintiff*
*Novo Nordisk Inc.*

**So Ordered this 1st day**
**of September, 2026**

**Hon. Zahid N. Quraishi**
**United States District Judge**