Debevoise & Plimpton

**Debevoise & Plimpton LLP**
66 Hudson Boulevard
New York, NY 10001
+1 212 909 6000

**Megan K. Bannigan**
**Partner**
mkbannigan@debevoise.com
+1 212 909 6127

October 20, 2026

**VIA ECF**

Hon. Zahid N. Quraishi
United States District Court for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Trenton, NJ 08608

RE: Novo Nordisk Inc. v. Eli Lilly Company, et al.
26-cv-09027 (ZNQ) (RLS)

Dear Judge Quraishi:

This firm represents Plaintiff Novo Nordisk, Inc. ("Novo Nordisk") in the above-referenced matter. We write pursuant to L.Civ.R. 101.1(c)(5) to respectfully request the withdrawal of Jared I. Kagan as *pro hac vice* counsel for Novo Nordisk. Mr. Kagan is transitioning to a new law firm and, as of October 23, 2026, will no longer be counsel with the law firm of Debevoise & Plimpton. This firm, along with Sills Cummis & Gross will continue to represent Novo Nordisk.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Megan K. Bannigan*
Megan K. Bannigan

Cc: All Counsel of Record (via ECF)

So Ordered this 20th day
of October, 2026
[signature]
Hon. Zahid N. Quraishi
United States District Judge