**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**NOVO NORDISK INC.,**

Plaintiff,

v.

**ELI LILLY AND COMPANY, *et al.*,**

Defendants.

Civil Action No. 26-9027 (ZNQ) (RLS)

**ORDER**

**QURAISHI, District Judge**

**THIS MATTER** comes before the Court upon Plaintiff Novo Nordisk Inc.'s ("Novo") Motion for a Preliminary Injunction ("Motion," ECF No. 8) seeking to enjoin certain advertising by Defendants Eli Lilly and Company and Lilly USA, LLC (collectively, "Lilly"). For the reasons set forth in the accompanying Opinion,

**IT IS** on this **26th** day of **October 2026,**

**ORDERED** that Novo's Motion (ECF No. 8) is hereby **DENIED**; and it is further

**ORDERED** that the stay of Lilly's deadline to respond to the Complaint is hereby **LIFTED**; Lilly shall respond to the Complaint in accordance with the Federal and Local Civil Rules and the judicial preferences of the undersigned.

s/ Zahid N. Quraishi
**ZAHID N. QURAISHI**
**UNITED STATES DISTRICT JUDGE**