Sills Cummis & Gross
A Professional Corporation

The Legal Center
One Riverfront Plaza
Newark, New Jersey 07102
Tel: (973) 643-7000

101 Park Avenue, 35th Floor
New York, NY 10178
Tel: (212) 643-7000

222 Lakeview Avenue, Suite 800
West Palm Beach, FL 33401
Tel: (561) 693-0440

**Vikas Khanna**
**Member**
**Admitted In NJ, NY**
**Direct Dial: (973) 643-6993**
**Email: vkhanna@sillscummis.com**

November 19, 2026

**VIA ECF**

Hon. Zahid N. Quraishi, U.S.D.J.
Clarkson S. Fisher Bldg. & U.S. Courthouse
402 East State Street
Trenton, New Jersey 08608

Re: *Novo Nordisk Inc. v. Eli Lilly and Company, et al.*, No. 3:26-cv-09027-ZNQ-RLS

Dear Judge Quraishi:

This firm, together with Debevoise & Plimpton LLP, represents Plaintiff Novo Nordisk Inc. ("Novo Nordisk") in the above-referenced matter. We write, jointly with Robinson Miller LLC and Kirkland & Ellis LLP, counsel for Defendants Eli Lilly and Company and Lilly USA, LLC (together, "Lilly"), to respectfully request a thirty-day extension of Lilly's deadline to answer, move, or otherwise respond to Novo Nordisk's Complaint. The parties submit this request pursuant to Local Civil Rule 6.1(a). Consistent with Your Honor's Judicial Preferences, a proposed stipulation and consent order is enclosed.

1. **Current deadline.** Novo Nordisk filed the Complaint and served Lilly on July 21, 2026 (ECF Nos. 1, 5 & 6). Lilly's deadline to answer, move, or otherwise respond to the Complaint is currently November 23, 2026. The Court stayed that deadline pending resolution of Novo Nordisk's Motion for a Preliminary Injunction (ECF No. 13) and lifted the stay when the Motion was denied on October 26, 2026 (ECF No. 67). On November 4, 2026, the Clerk granted Lilly's application to extend its deadline to answer under Local Civil Rule 6.1(b) (ECF No. 68). The parties have not sought any other extension.

2. **Length of extension.** The parties request a thirty-day extension, to December 23, 2026.

3. **Basis.** The parties have conferred and agree that the requested extension will allow for the orderly and efficient progress of this matter. The request is made in good faith and not for purposes of delay.

4. **Consent.** All parties consent to this request.

5. **Effect on other deadlines.** The requested extension will not affect any other scheduled date or deadline.

If the foregoing meets with the Court's approval, we respectfully request that the Court "So Order" the enclosed stipulation and consent order and enter it on the docket. We thank the Court for its attention to this matter.

Respectfully submitted,

*s/ Vikas Khanna*
Vikas Khanna
SILLS CUMMIS & GROSS P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
(973) 643-7000

David H. Bernstein (*pro hac vice*)
Megan K. Bannigan
Marissa Baron (*pro hac vice*)
Timothy Cuffman (*pro hac vice*)
Rachel Burns (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000

*s/ Keith J. Miller*
Keith J. Miller
Bradley A. Suiters
ROBINSON MILLER LLC
Ironside Newark
110 Edison Place, Suite 302
Newark, NJ 07102
(973) 690-5400

Gregg F. LoCascio (*pro hac vice*)
T.J. McCarrick (*pro hac vice*)
Christopher G. Michel (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000

Robin A. McCue (*pro hac vice*)
Diana M. Watral (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000

Ashley Ross (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Attorneys for Plaintiff Novo Nordisk Inc.*

*Attorneys for Defendants Eli Lilly and Company and Lilly USA, LLC*

Enclosure

cc: All counsel of record (via ECF)