Vikas Khanna
SILLS CUMMIS & GROSS P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
(973) 643-7000

David H. Bernstein (*pro hac vice*)
Megan K. Bannigan
Marissa Baron (*pro hac vice*)
Timothy Cuffman (*pro hac vice*)
Rachel Burns (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000

*Attorneys for Plaintiff Novo Nordisk Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| NOVO NORDISK INC.,<br><br>Plaintiff,<br><br>v.<br><br>ELI LILLY AND COMPANY and LILLY USA, LLC,<br><br>Defendants. | No. 3:26-cv-09027-ZNQ-RLS<br><br>Hon. Zahid N. Quraishi, U.S.D.J.<br>Hon. Rukhsanah L. Singh, U.S.M.J. |

**STIPULATION AND CONSENT ORDER EXTENDING DEFENDANTS' TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO THE COMPLAINT**

This stipulation is made by and between Plaintiff Novo Nordisk Inc. ("Novo Nordisk") and Defendants Eli Lilly and Company and Lilly USA, LLC (together, "Lilly") (collectively, the "Parties").

WHEREAS on July 21, 2026, Novo Nordisk filed the Complaint in this action (ECF No. 1) and served the Summons and Complaint on Lilly (ECF Nos. 5 & 6); and

WHEREAS on July 28, 2026, the Court stayed Lilly's deadline to respond to the Complaint pending resolution of Novo Nordisk's Motion for a Preliminary Injunction (ECF No. 13); and

WHEREAS on October 26, 2026, the Court denied the Motion for a Preliminary Injunction and lifted the stay of Lilly's deadline to respond to the Complaint (ECF No. 67); and

WHEREAS on November 4, 2026, the Clerk granted Lilly's application under Local Civil Rule 6.1(b) for an extension of time to answer (ECF No. 68), and Lilly's deadline to answer, move, or otherwise respond to the Complaint is currently November 23, 2026; and

WHEREAS, other than the Clerk's extension under Local Civil Rule 6.1(b), no extension of Lilly's deadline to answer, move, or otherwise respond to the Complaint has been sought or obtained; and

WHEREAS the Parties have conferred and agree to a thirty-day extension of Lilly's deadline to answer, move, or otherwise respond to the Complaint, to December 23, 2026, to allow for the orderly and efficient progress of this matter; and

WHEREAS this stipulation is made in good faith and not for purposes of delay, and the requested extension will not affect any other scheduled date or deadline;

NOW THEREFORE, the Parties, by and through their undersigned counsel, stipulate and agree as follows, subject to the approval of the Court:

1. Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Civil Rule 6.1(a), Lilly's deadline to answer, move, or otherwise respond to the Complaint is extended from November 23, 2026 to December 23, 2026.

2. Nothing in this stipulation shall be construed as a waiver of any claim, defense, or objection of any Party.

Dated: November 19, 2026

*s/ Vikas Khanna*
Vikas Khanna
SILLS CUMMIS & GROSS P.C.
The Legal Center
One Riverfront Plaza
Newark, NJ 07102
(973) 643-7000

David H. Bernstein (*pro hac vice*)
Megan K. Bannigan
Marissa Baron (*pro hac vice*)
Timothy Cuffman (*pro hac vice*)
Rachel Burns (*pro hac vice*)
DEBEVOISE & PLIMPTON LLP
66 Hudson Boulevard
New York, NY 10001
(212) 909-6000

*Attorneys for Plaintiff Novo Nordisk Inc.*

*s/ Keith J. Miller*
Keith J. Miller
Bradley A. Suiters
ROBINSON MILLER LLC
Ironside Newark
110 Edison Place, Suite 302
Newark, NJ 07102
(973) 690-5400

Gregg F. LoCascio (*pro hac vice*)
T.J. McCarrick (*pro hac vice*)
Christopher G. Michel (*pro hac vice*)
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 389-5000

Robin A. McCue (*pro hac vice*)
Diana M. Watral (*pro hac vice*)
KIRKLAND & ELLIS LLP
333 W. Wolf Point Plaza
Chicago, IL 60654
(312) 862-2000

Ashley Ross (*pro hac vice*)
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
(212) 446-4800

*Attorneys for Defendants Eli Lilly and Company and Lilly USA, LLC*

SO ORDERED this 20th day of November 2026.

Hon. Zahid N. Quraishi
United States District Judge